IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CARRIE TUCKER MCCABE
o/b/o J. S. T., a minor                                              PLAINTIFF

v.                             Civil No. 07-5094

MICHAEL J. ASTRUE, Commissioner
SOCIAL SECURITY ADMINISTRATION                                       DEFENDANT

## ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper. The United States District Clerk is hereby directed to file the complaint *nunc pro tunc* as of May 18, 2007.

Plaintiff's in forma pauperis application will be returned without filing. The application indicates that plaintiff is a minor and resides with her mother, who is a senior at the University of Arkansas. However, the application contains no information concerning the income or assets of plaintiff's mother. Instead, the application merely states that plaintiff, the minor child, has no income or assets and is currently destitute. As such, the clerk is directed to return the application to plaintiff's counsel with directions to also provide information concerning the income and assets of plaintiff's mother. Plaintiff is hereby directed to file this amended application on or before June 22, 2007. Should plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED.

/s/ Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 3 0 2007

CHRIS R. JOHNSON, CLERK

BY
     DEPUTY CLERK

AO72A
(Rev. 8/82)