IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CARRIE TUCKER MCCABE o/b/o
J.S.T.                                                                                    PLAINTIFF

          v.                              CIVIL NO. 07-5094


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT

## O R D E R

Plaintiff's complaint was provisionally filed *nunc pro tunc* as of May 18, 2007. (Doc. #

1). Comes now under consideration plaintiff's motion for leave to proceed *in forma pauperis.*

After review, it is found that plaintiff is unable to pay for the costs of commencement of suit and,

accordingly, the following order is entered this 26th day of June 2007:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis*

is granted.  Additionally, the court hereby directs that a copy of the complaint filed, along with

a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the

defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Alberto

R. Gonzales, U.S. Attorney General, and Charles S. Hawkins, Jr., Assistant U.S. Attorney, with-

out prepayment of fees and costs or security therefor.  The defendant is ordered to answer within

sixty (60) days from the date of service.

IT IS SO ORDERED.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)