IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CARRIE TUCKER MCCABE o/b/o
J.S.T., a minor                                                                                      PLAINTIFF

    v.                    CIVIL NO. 07-5094

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                            DEFENDANT

## **O R D E R**

On this 28th day of August, 2008, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski , United States Magistrate Judge for the Western District of Arkansas, on July 31 , 2008, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2,892.90, representing 18.80 hours of work at a rate of $152.00 per hour and $35.30 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

                                              /s/Jimm Larry Hendren
                                              HON. JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE